Activity in Case MDL No. 1964 IN RE: NuvaRing Products Liability Litigation CTO Final
Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
11/13/2013 05:56 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 11/13/2013 at 8:56 AM EST and filed on 11/13/2013
**Case Name:**      IN RE: NuvaRing Products Liability Litigation
**Case Number:**   MDL No. 1964
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210)
Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-
01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in
MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938,
3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-
02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in
MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-
01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in**

MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

| | |
|---|---|
| **Case Name:** | Sanchez v. Organon USA, Inc. et al |
| **Case Number:** | MN/0:13-cv-02992 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**       Perry v. Merck & Co., Inc. et al
**Case Number:**     MN/0:13-cv-01711
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**       East v. Organon USA, Inc. et al
**Case Number:**     MOW/4:13-cv-01036
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-**

02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

| | |
|---|---|
| **Case Name:** | Jones v. Merck & Co., Inc. et al |
| **Case Number:** | MN/0:13-cv-02960 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**          Crow v. Merck & Co., Inc. et al
**Case Number:**      MN/0:13-cv-02946
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***\*\*\*TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**          Stachow v. Organon USA, Inc. et al
**Case Number:**      FLM/6:13-cv-01673
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***\*\*\*TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in**

MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

Case Name:        Evans v. Organon USA, Inc. et al
Case Number:      MOW/4:13-cv-01037
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a

certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:** Sutton v. Organon USA, Inc. et al
**Case Number:** MOW/4:13-cv-01030
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:** Richards v. Organon USA, Inc. et al
**Case Number:** MN/0:13-cv-02986
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Ellis v. Organon USA, Inc. et al |
| **Case Number:** | MN/0:13-cv-02990 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

**Case Name:**      Spence v. Merck & Co., Inc. et al
**Case Number:**    MN/0:13-cv-02962
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

**Case Name:**      Bright v. Organon USA, Inc. et al
**Case Number:**    MOW/4:13-cv-01035
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**      Gaskins v. Merck & Co., Inc. et al
**Case Number:**   MN/0:13-cv-02950
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

**Case Name:**      Self v. Organon USA, Inc. et al
**Case Number:**    MOW/4:13-cv-01044
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

**Case Name:**      Perkins v. Organon USA, Inc. et al
**Case Number:**    MOW/4:13-cv-01028

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**        Edwards v. Organon USA, Inc. et al
**Case Number:**    MOW/4:13-cv-01038
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-**

cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

| | |
|---|---|
| **Case Name:** | Bain v. Organon USA, Inc. et al |
| **Case Number:** | MD/8:13-cv-02908 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

**Case Name:**        Richardson v. Organon USA, Inc et al
**Case Number:**    NCE/5:13-cv-00700
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**        Szopa v. Organon USA, Inc. et al
**Case Number:**    MN/0:13-cv-02918
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-**

01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

**Case Name:**      Milk v. Organon USA, Inc. et al
**Case Number:**    NV/2:13-cv-01886
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**      Nevins v. Organon USA, Inc. et al
**Case Number:**    MOW/4:13-cv-01046
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**      Flowers v. Organon USA, Inc. et al
**Case Number:**    MOW/4:13-cv-01040
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-**

02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

| | |
|---|---|
| **Case Name:** | Bradley v. Organon USA, Inc. et al |
| **Case Number:** | MOW/4:13-cv-01045 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

| | |
|---|---|
| **Case Name:** | McGuire v. ORGANON USA, INC et al |
| **Case Number:** | INS/1:13-cv-01596 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">**\*\*\*TEXT ONLY ENTRY\*\*\***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Hoch v. Organon USA, Inc. et al |
| **Case Number:** | MN/0:13-cv-02921 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">**\*\*\*TEXT ONLY ENTRY\*\*\***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in**

MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

**Case Name:** Hamm v. Organon USA, Inc. et al
**Case Number:** MOW/4:13-cv-01047
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a

certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

**Case Name:**      Wolff v. Organon USA, Inc. et al
**Case Number:**    MOW/4:13-cv-01041
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.

Associated Cases: MDL No. 1964 et al. (TB)

**Case Name:**      Patterson v. ORGANON USA, INC., et al
**Case Number:**    MD/1:13-cv-02927
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:** Hinkley v. Organon USA, Inc. et al
**Case Number:** MN/0:13-cv-02938
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**      Peterman v. Organon USA, Inc. et al
**Case Number:**    MOW/4:13-cv-01039
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**      Para v. Organon USA, Inc. et al
**Case Number:**    MOW/4:13-cv-01029
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

**Case Name:**     Brawn v. Organon USA, Inc. et al
**Case Number:**   MN/0:13-cv-02988
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-210) Finalized on 11/13/13. Please see pleading (3 in FLM/6:13-cv-01673, 3 in INS/1:13-cv-01596, 3 in MD/1:13-cv-02927, 3 in MD/8:13-cv-02908, [1197] in MDL No. 1964, 3 in MN/0:13-cv-01711, 3 in MN/0:13-cv-02918, 3 in MN/0:13-cv-02921, 3 in MN/0:13-cv-02938, 3 in MN/0:13-cv-02946, 3 in MN/0:13-cv-02950, 3 in MN/0:13-cv-02960, 3 in MN/0:13-cv-02962, 3 in MN/0:13-cv-02986, 3 in MN/0:13-cv-02988, 3 in MN/0:13-cv-02990, 3 in MN/0:13-cv-02992, 3 in MOW/4:13-cv-01028, 3 in MOW/4:13-cv-01029, 3 in MOW/4:13-cv-01030, 3 in MOW/4:13-cv-01035, 3 in MOW/4:13-cv-01036, 3 in MOW/4:13-cv-01037, 3 in MOW/4:13-cv-01038, 3 in MOW/4:13-cv-01039, 3 in MOW/4:13-cv-01040, 3 in MOW/4:13-cv-01041, 3 in MOW/4:13-cv-01044, 3 in MOW/4:13-cv-01045, 3 in MOW/4:13-cv-01046, 3 in MOW/4:13-cv-01047, 3 in NCE/5:13-cv-00700, 3 in NV/2:13-cv-01886).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Missouri for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2013.**

**Associated Cases: MDL No. 1964 et al. (TB)**

No public notice (electronic or otherwise) sent because the entry is private